PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

JAN 6 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Offender: Phillip J. Brooks
Case Number: TMD-8-13-PO-01518-001
Sentencing Judicial Officer: Thomas M. DiGirolamo, U.S. Magistrate Judge
Court Location: Greenbelt, Maryland
Date of Original Sentence: 09/09/2013
Original Offense: DRIVING UNDER THE INFLUENCE OF ALCOHOL
Original Sentence: 12 month(s) Probation
Type of Supervision: PROB
Date Supervision Commenced: 09/09/2013
Date Supervision Expires: 09/08/2014

### STATUS REPORT

On September 9, 2013, Mr. Phillip J. Brooks appeared before Your Honor and pleaded guilty to Driving Under the Influence of Alcohol, at which time he was sentenced to 12 months probation with the following special conditions: 1) Satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; 2) Attend a victim impact program as directed by the probation officer 3) Pay the fine ($340); special assessment ($10), and processing fee ($25) at a rate of $35 per month to begin 10/01/13 and each month thereafter.

The purpose of this report is to inform Your Honor that Mr. Brooks would like to travel to Tobago, West Indies from February 28, 2014 thru March 6, 2014 (Flight itinerary attached). Mr. Brooks plans to attend a family member's wedding at the Magdalena Grand Beach Resort located at: Tobago Plantations Estate, Lowlands, Tobago W.I.

### U.S. PROBATION OFFICER ACTION

Mr. Brooks is compliant with the terms and conditions of probation, and this writer has no objections to the travel request. A substance abuse evaluation was completed on October 8, 2013 (no treatment recommended), and Mr. Brooks attended a Victim Impact Panel on October 30, 2013. The probationer has tested negative for illicit substances, since the beginning of supervision, and he plans to graduate from Goldey-Beacom College as of May 2014.

Mr. Brooks is aware that final approval must be authorized by Your Honor. Please advise if the Court has any objections.

Respectfully Submitted By:

Aaron Wonneman, U.S. Probation Officer
December 31, 2013
Date

Reviewed and Approved By:

Tara Baxa, Supervisory U.S. Probation Officer
1/2/14
Date

## COURT ACTION

[ ✓ ] Agree with USPO action
[ ] Schedule a hearing
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

_____
Thomas M. DiGirolamo, U.S. Magistrate Judge

1/2/14
Date